**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** ) | **Case No. 20 B 16613** |
| ) | |
| **Rachelle L. Gonzalez** ) | **Chapter 7** |
| ) | |
| ) | |
| **Debtor.** ) | **Judge Janet S. Baer** |

### ORDER AND NOTICE OF INEFFECTIVE REAFFIRMATION AGREEMENT

The reaffirmation agreement between the Debtor and Ally Financial (ECF No. 22) came to the attention of the Court due to a presumption of undue hardship under 11 U.S.C. § 524(m). Any reaffirmation agreement is enforceable only if the debtor received the disclosures required by § 524(c)(2). For a reaffirmation agreement raising a presumption of undue hardship, the required disclosures include, pursuant to § 524(k)(5)(B), a certification by the attorney for the debtor that "in the opinion of the attorney, the debtor is able to make the payment" required by the agreement. This agreement lacks such a declaration by the debtor's attorney because the required box was not checked at Part IV. The agreement is therefore unenforceable.

**DATE:  December 2, 2020**                                  **ENTERED:**   _/s/ Janet S. Baer_

                                                                                            JANET S. BAER
                                                                                            U.S. Bankruptcy Judge

In re: 20-16613
Case No. Rachelle L Gonzalez

## CERTIFICATE OF SERVICE

I, Alex Dragonetti, certify that on December 2, 2020 I caused to be served copies of the foregoing documents to the following by electronic service through the Court's CM/ECF system:

/s/ Alex Dragonetti
Courtroom Deputy

Electronic Service through CM/ECF System

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Michael N Burke
SHAPIRO KREISMAN & ASSOCIATES, LLC
2121 Waukegan Road
Suite 301
Bannockburn, IL 60015

Thomas E Springer
Springer Larsen Greene, LLC
dba Springer Brown
300 South County Farm Road
Suite G
Wheaton, IL 60187

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076